■ THOMAS MICELI, Appellant, v LINDA MICELI, Respondent. [668 NYS2d 936] —In a matrimonial action, the plaintiff former

husband appeals, as limited by his brief, from so much of a judgment of the Supreme Court, Suffolk County (Leis, J.), entered March 6, 1996, as valued his chiropractic license and granted the defendant former wife a distributive award of 25% of the value of that license. The former husband's notice of appeal from an order dated August 11, 1995, is deemed a premature notice of appeal from the judgment (*see,* CPLR 5520 [c]).

Ordered that the judgment is affirmed insofar as appealed from, with costs.

The trial court correctly valued the former husband's chiropractic license (*see, McSparron v McSparron,* 87 NY2d 275; *O'Brien v O'Brien,* 66 NY2d 576). The trial court's decision to award the former wife 25% of the value of this license is supported by the record (*see, Vainchenker v Vainchenker,* 242 AD2d 620; *Morrongiello v Paulsen,* 195 AD2d 594; *Bugliari v Bugliari,* 169 AD2d 697). Pizzuto, J. P., Santucci, Joy and Friedmann, JJ., concur.